STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Antonio Scoggins
David Wade Corr. Center DOC No. 573046
670 Bell Hill Road
Homer LA 71040-2150

**REHEARING ACTION: January 22, 2014**

**Docket Number: 13   00894-CW**

**ANTONIO SCOGGINS
VERSUS
CALCASIEU PARISH SHERIFF'S OFFICE**

**Writ Application from Calcasieu Parish Case No. No Number Assigned**

<u>**BEFORE JUDGES**</u>**:**

    **Hon. John D. Saunders
Hon. Billy Howard Ezell
Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Antonio Scoggins** has this day been

    **DENIED.**

cc: Calcasieu Parish Sheriff's Office, In Proper Person